UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELTON LEONARD WATSON | CIVIL ACTION |
| VERSUS | NO. 13-5688 |
| ORLEANS PARISH CRIMINAL SHERIFF OFFICE, ET AL | SECTION: J (5) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby **APPROVES** the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 21st day of January, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE